**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Tonya Saccardo, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:10-cv-12180 |
| GC Services, L.P.; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 22, 2011

    Respectfully submitted,

    PLAINTIFF, Tonya Saccardo

    /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    B.B.O. No.: 650671
    **LEMBERG & ASSOCIATES L.L.C.**
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (877) 795-3666
    slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) which sent electronic notification of such filing to the following ECF participants:

Marissa I. Delinks BBO #662934
Andrew M. Schneiderman, BBO #666252
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110

                                        By  /s/ Sergei Lemberg
                                           Sergei Lemberg