UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONYA SACCARDO
        Plaintiff

    V.

                              CIVIL ACTION:10CV12180-RWZ

GC SERVICES L.P.
        Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                            MARCH 22, 2011

      The Court having been advised by counsel for the parties that the above action has been settled,  it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days, to reopen the action if settlement is not consummated.

                                                              By the Court,

                                                               s/ Lisa A. Urso
                                                              Deputy Clerk